William Charles Fletcher, Jacksonville, FL, for Defendant–Appellant.

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, appointed appellate counsel for Adan Gonzales, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gonzales's conviction and sentence are **AFFIRMED.**

Michael H. Saul, Marietta, GA, for Defendant–Appellant.

Before CARNES, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Michael H. Saul, appointed counsel for El Luterio Orozco–Pineda in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Orozco's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**El Luterio OROZCO–PINEDA, a.k.a. Luterio, a.k.a. Lute, Defendant–Appellant.**

No. 09–12393
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 4, 2009.

Jeffrey Davis, John Andrew Horn, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Curtis NORRIS, Defendant–Appellant.**

No. 09–10397.
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 4, 2009.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.